Evan Hu, Esq. (SBN 305447)
Abusharar and Associates
501 N. Brookhurst St. #202
Anaheim, CA 92801
Tel: 714-535-5600
Fax: 714-535-5605
Email: associate2@abushararlaw.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karen Shokry Wahba Athanasious;<br>Safa Yousef Kamel Ghabbour;<br>Amy Safa Yousef Kamel Ghabbour,<br><br>Plaintiff,<br><br>vs.<br><br>**United States Department of Homeland Security; United States Citizenship and Immigration Services; Alejandro Mayorkas**, Secretary, Department of Homeland Security; **Tracy Renaud**, Senior Official Performing the Duties of Director, U.S. Citizenship and Immigration Services; **Los Angeles Asylum Office; David Radel**, Director of the Los Angeles Asylum Office; **Christopher A. Wray**, Director of Federal Bureau of Investigations Attorney General, US Department of Justice<br><br>Defendants. | Case No.:<br><br>COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS |

## INTRODUCTION

1.  This action is brought by Plaintiffs Karen Shokry Wahba Athanasious, Safa Yousef

Kamel Ghabbour and Amy Safa Yousef Kamel Ghabbour, by and through her attorney, to

request issuance of a writ of mandamus or in the nature of mandamus and/or to compel under the

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF
IMMIGRATION MANDAMUS - 1

Administrative Procedure Act ("APA") and 8 USC 1447 (b) ordering Defendants and those acting under them to adjudicate their Application for Asylum and for Withholding of Removal which was received and pending as of June 28, 2013 and which has still has not been adjudicated.

2.  Plaintiff Karen Shokry Wahba Athanasious filed for asylum, with Safa Yousef Kamel Ghabbour as her derivative spouse and Amy Safa Yousef Kamel Ghabbour as her derivative child on June 28, 2013.   The basis of her asylum claim is that she is an evangelical Christian from Egypt and that she has been persecuted there on account of her religion.  Plaintiff Karen Shokry Wahba Athanasious fears that if she is returned to Egypt she and her family will be persecuted again by the same or similar people who previously persecuted her.

3.  On April 21, 2015, Plaintiff and her family appeared for the asylum interview(s) at the Los Angeles Asylum Office and gave credible testimony in support of the application.   The interview was successfully concluded and she was not told that she had to return for another interview or to provide additional documents.

4.  Since the date of the asylum interview, Plaintiff Karen Shokry Wahba Athanasious has been unable to obtain any information about why her case has not received a decision, she has sent numerous letters and e-mails to the Los Angeles Asylum Office and does not receive any meaningful reply.   She has no way of knowing if or when her case may be adjudicated, leaving her and her family with significant legal uncertainty which affects every aspect of their lives.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 2

5.   Defendants have violated the Administrative Procedures Act ("APA") by failing to process and adjudicate Plaintiffs' asylum application which has been pending now for over six years.  Plaintiffs seek to compel Defendants, through a writ of mandamus, to either grant or deny Plaintiffs' pending asylum application.

## PARTIES

6.   Plaintiff, KAREN SHOKRY WAHBA ATHANASIOUS filed for asylum with the Laguna Nigel Service Center on June 28, 2013.  Mrs. Athanasious is an Egyptian citizen who resides in Los Alamitos, California.

7.   Plaintiffs SAFA YOUSEK KAMEL GHABBOUR and AMY SAFA YOUSEF KAMEL GHABBOUR are Plaintiff KAREN SHOKRY WAHBA ATHANASIOUS's derivative family members and are Egyptian citizens who reside in Los Alamitos, California.

8.   Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY (hereinafter "DHS") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Citizenship and Immigration Services and the Los Angeles Asylum Office, and officers named as defendants in this complaint.

9.   Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (hereinafter "USCIS") is an agency of the United States government under the DHS, overseeing the Los Angeles Asylum Office and officers named as defendants in this Complaint.

10. Defendant ALAJANDRO MAYORKAS (hereinafter "Director Mayorkas") is the Director of the Department of Homeland Security.  This suit is brought against Director

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 3

Mayorkas in his official capacity, as he is charged with the administration and enforcement of all immigration and citizenship laws that are bound in the powers, duties, and functions of the Department of Homeland Security.

11. Defendant TRACY RENAUD (hereinafter "Senior Official Renaud") is the Senior Official Performing the Duties of Director of USCIS, the Agency charged with adjudicating Plaintiffs' naturalization application. This suit is brought against Senior Official Renaud in her official capacity, as she is charged with oversight, administration, and execution of immigration laws of the United States.

12. Defendant LOS ANGELES ASYLUM OFFICE (hereinafter "Los Angeles Asylum Office") is an office within USCIS and the federal agency with direct authority and responsibility to adjudicate Plaintiff's asylum application.

13. Defendant DAVID RADEL (hereinafter "Director Radel") is the director of the Los Angeles Asylum Office. This suit is brought against Director Radel in his official capacity, as he is charged overseeing the adjudication of asylum applications at the Los Angeles Asylum Office in a timely manner, and ensuring the efficiency of the officers employed.

14. Defendant CHRISTOPHER A. WRAY (hereinafter "Director Wray") is the Director of the Federal Bureau of Investigations. This suit is brought against Director Wray in his official capacity, as he is responsible for overseeing the background checks involved with immigration matters.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 4

**JURISDICTION**

15. The Administrative Procedure Act ("APA") recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiffs suffered a legal wrong and continue to suffer because of the Defendants' failure to act upon the pending asylum application for indefinite periods of time. The Defendants have a duty under 8 U.S.C. § 1158(d)(5)(A)(iii).

16. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld." Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation v. Badgley,* 309 F.3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance, … no balancing of factors is required or permitted.")

17. This Court has jurisdiction over the present action pursuant to 28 U.S.C. § 1131; 28 U.S.C. §1361, the Mandamus Act; 28 U.S.C. § 1651, 28 U.S.C. §2201, the Declaratory Judgment Act; and 5 U.S.C. §701-706, the Administrative Procedures Act. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

**VENUE**

18. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency

of the United States, the action may be brought in any judicial district in which a plaintiff resides, so long as no real property is involved in the action.  Plaintiff resides in Los Alamitos, California, which is located in the Central District of California.  No real property is involved in this action.  Therefore, venue is proper in this Court.

## EXHAUSTION OF REMEDIES

19. Plaintiffs have no administrative remedies.  Plaintiffs have, through her attorney and on her own, made numerous inquiries to USCIS to determine the status of the asylum application, to no avail.  There are no administrative remedies for neglect of duty.

## CAUSE OF ACTION

20. Pursuant to 8 U.S.C. §1158, Plaintiff Karen Shokry Wahba Athanasious filed her asylum application with Plaintiffs Safa Yousef Kamel Ghabbour and Amy Safa Yousef Kamel Ghabbour as her derivatives, to the Laguna Nigel Service Center on June 28, 2013.  (**Exhibit A- Receipt Notice and Biometric Notices**).

21. Plaintiffs attended their asylum interviews at the Los Angeles Asylum Office on April 21, 2015.  The interviews were successfully concluded and they were not asked to return again, rather, the interview was successfully concluded.  (**Exhibit B- Letter to Karen Athanasious**).

22.  Since the date of the asylum interview, Plaintiffs have not received any decision about whether they were approved for asylum or not, rather, they have been kept waiting for an indeterminate period of time with no foreseeable end in sight.

23. Since the date of the interview, Plaintiffs have contacted the Los Angeles Asylum Office on multiple occasions to determine the status of their asylum application but they have received no meaningful response.   (**Exhibit C – Index of Communications and copies of e-mails**).

24. Defendants have a statutory duty to adjudicate asylum requests within 180 days of filing pursuant to 8 U.S.C. § 1158(d)(5)(A)(iii).  It has been over six years since Plaintiffs applied for Asylum and they have not yet received a decision on their cases.

25. Plaintiffs have no adequate remedy at law, and will suffer irreparable harm if their naturalization application is not promptly adjudicated.

26. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [Plaintiffs.]"

27. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction [ ] and agreeable to the usages and principles of law."

## **CLAIM FOR RELIEF**

28. Plaintiffs' claim in this action is clear and certain.  Plaintiff realleges paragraphs 1 through 27 as if fully set forth, and, Plaintiffs are entitled to an order in the nature of mandamus to compel Defendants to complete the adjudication of their asylum application.

29. As a result of Defendants' failure to perform their duties, Plaintiffs have suffered, are suffering, and will continue to suffer irreparable harm.  Specifically:

    a.   Plaintiffs have been irreparably damaged from the fear of not knowing what will happen with their asylum case for the past six years.  They have been constantly hoping for a favorable answer to their application for asylum, so they would not have to worry about their family's future.  Because of the long wait and unknowing, Plaintiff Plaintiff Karen Shokry,Wahba Athanasious, Safa Yousef Kamel Ghabbour and Amy Safa Yousef Kamel Ghabbour are enduring significant psychological damage.

    b.   The delay is causing irreparable harm to Plaintiffs who are not able to continue with their lives in the United States without fear of returning to Egypt, a country where they will more likely than not be persecuted, tortured, or killed.

30. The Defendants, in violation of the Administrative Procedures Act, are unlawfully withholding or unreasonably delaying action on Plaintiff's application, and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to Plaintiff's case.

31. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate.

32. Defendants' delay, actions, and omissions in this case are unreasonable.  No other adequate remedy is available.  Plaintiffs have been greatly damaged by the failure of Defendants to act in accord with their duties under the law.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 8

## **PRAYER**

33. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiffs respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court:

    a.   Accept jurisdiction and maintain continuing jurisdiction of this action;

    b.   Declare as unlawful the violation by Defendants of failing to act on a properly filed asylum application;

    c.   Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiffs' case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

    d.   Issue a preliminary and permanent injunction pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1) compelling the Defendants to take action on Plaintiffs' application;

    e.   Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361, 28 U.S.C. § 1651, and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiffs' application by either approving or refusing said applications, and if the applications are refused, that the decisions include justification to preclude the sense of retaliation for having brought this lawsuit or having exposed the Defendants' neglect;

    f.   Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

g.  Grant such other relief at law and in equity as justice may require.

Dated this 21st day of June, 2021                Respectfully Submitted,


/s/ Evan Hu
Evan Hu, Esq.
Counsel for Plaintiff

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF
IMMIGRATION MANDAMUS - 10

**LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS ATHANASIOUS v UNITED STATES DEPARTMENT OF HOMELAND SECURITY**

| Exhibit | Description | Page |
|---------|-------------|------|
| A | Asylum Interview Notes | 1-4 |
| B | Letter to Karen Anthanasious from Los Angeles Asylum Office | 5-6 |
| C | Index of E-Mail Communications and E-mails | 7-49 |

**EXHIBIT A**

FROM

US DEPT OF HOMELAND SECURITY
BUREAU OF CITZ & IMMIGRATION SVCS
ASYLUM OFFICE
P O BOX 65015
ANAHEIM, CA 92815-6515

E. KAREN ETHANASIUS
A-NUMBER 205784039 RCPT#: ZLA130079220        DATE: 7/03/13        FORM I-589
*** ACKNOWLEDGEMENT OF RECEIPT ***
Your complete Form I-589 asylum application was received and is pending as of 6/28/13. You may remain in the U.S. until your asylum application is decided, if you wish to leave while your application is pending, you must obtain advance parole from BCIS. If you change your address, send written notification of the change within 10 days to the above address. You will receive a notice informing you when you and those listed on your application as a spouse or dependents must appear for an asylum interview. Bring to the interview 3 copies of documentary evidence of your relationship to those family members.

TO

HANTLINGHOUSE LAW
C/O LAW OFFICES OF MANI D SUSHRA
16541 GOTHARD ST STE 205
HUNTINGTON BEACH, CA 92647

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| | | |
|---|---|---|
| Fingerprint Notification | | **NOTICE DATE** July 03, 2013 |
| **CASE TYPE** 1589 Application For Asylum | | **USCIS A#** A 205 784 039 |
| **RECEIPT NUMBER** ZLA1300079220 | **RECEIVED DATE** June 28, 2013 | **PRIORITY DATE** June 28, 2013 | **PAGE** 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**
KAREN SHOKRY WAHBA ATHANASIOUS
c/o HANI S BUSHRA
LAW OFFICES OF HANI S BUSHRA
16541 GOTHARD ST STE 208
HUNTINGTON BEACH CA 92647



ldlddlddddlddllad

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | **Hours of Operation** **CLOSED ON FEDERAL HOLIDAYS** |
|---|---|---|
| USCIS BUENA PARK 8381 LA PALMA AVE SUITE A BUENA PARK CA 906203207 | 07/06/2013 to 07/20/2013 | Sat - Sun Closed Mon - Fri 8am-4pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you MUST BRING THIS LETTER. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. If you do not bring this letter, you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization. You should also bring photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID. If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity. Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.

Please note that the staff at the ASC will not be able to answer any questions about the status of your application. We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States. If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

If you have any questions regarding this notice, please call 1-800-375-5283.        REPRESENTATIVE COPY



Form I-797C 01/02/12 Y

**Please see the back of this notice for important information.**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Fingerprint Notification | | | NOTICE DATE<br>July 03, 2013 |
| --- | --- | --- | --- |
| CASE TYPE<br>I589    Application For Asylum | | | USCIS A#<br>A 205 784 040 |
| RECEIPT NUMBER<br>ZLA1300079230 | RECEIVED DATE<br>June 28, 2013 | PRIORITY DATE<br>June 28, 2013 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
SAFA YOUSEF KAMEL GHABBOUR
c/o HANI S BUSHRA
LAW OFFICES OF HANI S BUSHRA
16541 GOTHARD ST STE 208
HUNTINGTON BEACH CA  92647



Iдluддldlllддudдbдl

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below.  Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation<br>CLOSED ON FEDERAL HOLIDAYS |
| --- | --- | --- |
| USCIS BUENA PARK<br>8381 LA PALMA AVE<br>SUITE A<br>BUENA PARK CA 906203207 | 07/06/2013<br>to<br>07/20/2013 | Sat - Sun Closed<br>Mon - Fri 8am-4pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you **MUST BRING THIS LETTER.** Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. If you do not bring this letter, you will not be able to have your fingerprints taken.  This may cause a delay in the processing of your application and your **eligibility for work authorization.  You should also bring photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID. If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity. Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.**

Please note that the staff at the ASC will not be able to answer any questions about the status of your application. We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change.  If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address.  The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address.  Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States.  If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

| If you have any questions regarding this notice, please call 1-800-375-5283. | REPRESENTATIVE COPY |
| --- | --- |
| |  |

Please see the back of this notice for important information.

Form I-797C  01/02/12 Y

3

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Fingerprint Notification | | | NOTICE DATE<br>July 03, 2013 |
|---|---|---|---|
| CASE TYPE<br>I589 Application For Asylum | | | USCIS A#<br>A 205 784 041 |
| RECEIPT NUMBER<br>ZLA1300079240 | RECEIVED DATE<br>June 28, 2013 | PRIORITY DATE<br>June 28, 2013 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
AMY SAFA YOUSEF KAM GHABBOUR
c/o HANI S BUSHRA
LAW OFFICES OF HANI S BUSHRA
16541 GOTHARD ST STE 208
HUNTINGTON BEACH CA 92647



hhuddldhdddod

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation<br>CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS BUENA PARK<br>8381 LA PALMA AVE<br>SUITE A<br>BUENA PARK CA 906203207 | 07/06/2013<br>to<br>07/20/2013 | Sat - Sun Closed<br>Mon - Fri 8am-4pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you MUST BRING THIS LETTER. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. If you do not bring this letter, you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization. You should also bring photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID. If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity. Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.

Please note that the staff at the ASC will not be able to answer any questions about the status of your application. We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States. If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

If you have any questions regarding this notice, please call 1-800-375-5283.

REPRESENTATIVE COPY



Please see the back of this notice for important information.

Form I-797C 01/02/12 Y

4

**EXHIBIT B**



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
P.O. Box 65015
Anaheim CA 92815-8515

**U.S. Citizenship
and Immigration
Services**

April 21, 2015

Mrs. Karen Shokry Wahba Athanasious
2560 West La Palma Ave # 130
Anaheim, CA 92801

| NAME OF BENEFICIARY |
| --- |
| Athanasious, Karen |
| DATE: 04/21/2015 |
| FILE NO. 205 784 039 |
| FORM NO. I-589 |
| OFFICER   R.Niazi<br>714-808-8000 EXT. 8090 |

## PLEASE COMPLY WITH THE BELOW CHECKED ☒ INSTRUCTIONS

☐ 1. The above application/petition and its supporting documents are attached.

☐ 2. The above application/petition and its supporting documents have been forwarded to your attorney or representative.

☐ 3.  Please complete the blocks on your enclosed application/petition which are checked ☐ in red.

☐ 4.  Please follow the Instructions on your enclosed application/petition which are checked ☐ in red.

☐ 5.  Furnish the required fee of $_____.

☐ 6.  Furnish the Birth or baptismal certificate of _____.

☐ 7.  Furnish the marriage certificate for.

☐ 8.  Furnish all the pages of the passports. This should include the cover page and blank pages and the cover page.

☐ 9. A foreign document must be accompanied by a translation in English. The translator must certify that he/she is competent to translate and that the translation is accurate.

☐ 10. Furnish the date and port of each of your entries into the United States and the name of the ship, plane, or other vehicle on which you traveled.

☐ 11. Except for aliens with occupations listed under Schedule A, 20 Code of Federal Regulations, Part 656.10, a certification from the Secretary of Labor must be obtained before your petition or application may be resubmitted to the Service. Further information and Department of Labor forms and instructions may be obtained from the local office of the state employment service agencies.

☐ 12. You have indicated that you do not intend to seek employment. You must furnish evidence that you have sufficient funds or other means of maintaining yourself in this country.

☐ 13. Furnish four (4) color photographs. These photos must have a white background, photos must be glossy, un-retouched, and mounted. Dimension of the facial image should be about 1 inch from chin to top of hair or head, shown in frontal view of face with ears visible. Using soft pencil or felt pen, print name (and

**PLEASE MAIL TO TRAVIS OLSEN, AO BY NOVEMBER 1, 2013**
**1585 S. MANCHESTER AVE. ANAHEIM, CA 92802**

alien registration receipt number, if known) on the back of each photograph. You should show these instructions to the photographer who takes the pictures.

☐ 14. You may now apply for adjustment of status, on the attached forms, for yourself and the below listed persons.

☐ 15. Your proof of status documents have been checked and are attached. Your application/petition is being processed and will be completed in the near future.

☐ 16. You are granted additional time until April 23, 2015 to submit the evidence indicated above.

☒ 17. OTHER: Please provide a copy of the applicant's, Mrs. Karen Shokry Wahba Athanasious, original declaration as written by the applicant in her native Arabic language. We request a copy of the original declaration of the applicant the English translation of which was submitted to this office along with the applicant's application for asylum (I-589) and which was used for the applicant's asylum interview on 04/21/2015.

**EXHIBIT C**

# INDEX OF COMMUNICATIONS

| Date | Description | Page |
|------|-------------|------|
| 1/28/21 | Email from Karen Athanasious to David Radel | 7 |
| 1/2/19 | Email from Karen Athanasious to David Radel | 8 |
| 12/6/18 | Email from Karen Athanasious to David Radel | 9 |
| 11/29/18 | Email from Karen Athanasious to David Radel | 10 |
| 11/14/18 | Email from Karen Athanasious to David Radel | 11 |
| 10/11/18 | Email from Karen Athanasious to David Radel | 12 |
| 9/26/18 | Email from Karen Athanasious to David Radel | 13 |
| 9/19/18 | Email from Karen Athanasious to David Radel | 14 |
| 9/13/18 | Email from Karen Athanasious to David Radel | 15 |
| 9/6/18 | Email from Karen Athanasious to David Radel | 16 |
| 8/29/18 | Email from Karen Athanasious to David Radel | 17 |
| 8/22/18 | Email from Karen Athanasious to David Radel | 18 |
| 8/15/18 | Email from Karen Athanasious to David Radel | 19 |
| 8/9/18 | Email from Karen Athanasious to David Radel | 20 |
| 8/2/18 | Email from Karen Athanasious to David Radel | 21 |
| 7/26/18 | Email from Karen Athanasious to David Radel | 22 |
| 7/19/18 | Email from Karen Athanasious to David Radel | 23 |
| 7/11/18 | Email from Karen Athanasious to David Radel and reply | 24-25 |
| 7/5/18 | Email from Karen Athanasious to David Radel | 26 |
| 7/5/18 | Email from Karen Athanasious to David Radel and reply | 27-28 |
| 3/7/18 | Asylum Case Status Inquiry Form | 29 |
| 1/25/18 | Letter to Karen Athanasious from David Radel | 30 |
| 12/11/17 | Letter from Hani Bushra, Esq. to USCIS | 31-32 |
| 12/4/17 | Email from Karen Athanasious to David Radel | 33 |
| 8/30/17 | Asylum Case Status Inquiry Form | 34 |
| 3/22/17 | Asylum Case Status Inquiry Form | 35 |
| 3/16/17 | Letter from David Radel to Karen Athanasious | 36-37 |
| 3/8/17 | Asylum Case Status Inquiry Form | 38 |
| 3/8/17 | Email from Stephen Smith to Sallie Dickstein | 39 |
| 12/16/16 | Letter from Hani Bushra, Esq. to LA Asylum Office | 40 |
| 11/4/16 | Letter from David Radel to Karen Athanasious | 41-42 |
| 11/3/16 | Asylum Case Status Inquiry Form | 43 |
| 8/25/16 | Asylum Case Status Inquiry Form | 44 |
| 7/13/16 | Asylum Case Status Inquiry Form | 45 |
| 5/18/16 | Asylum Case Status Inquiry Form | 46 |
| 4/20/16 | Note from Karen Athanasious to USCIS | 47 |
| 4/20/16 | Asylum Case Status Inquiry Form | 48 |
| 11/18/15 | Asylum Case Status Inquiry Form | 49 |

## Re: EXPEDITED DECISION REQUESTED, Inquiry # 58

Karen wahba <karenwahba@hotmail.com>

Thu 1/28/2021 8:43 PM

To: USCIS-CaseStatus@dhs.gov <USCIS-CaseStatus@dhs.gov>

Dear Mr.Radel,

I hope this e mail finds you well.

Since me and my family did our interview on 04/26/2015, we did not get a decision yet. This is almost my 58th inquiry - if not more- about the status of my asylum case decision , I tried several times to check at the office about any updates or reasons why there is no decision made during all that time, but no one was able to help me out.

Even my lawyer can't find out the reason why there is no decision made in my case... it looks like my lawyer needs a lawyer to help him.

Sir, you are my last resort for help, can you please let me know what is going on in my case? USCIS staff always says "If any information still needed ,they will let me know", but they do not ask for any, and in the same time no decision is being made. so, if they have all the needed information to give a final decision, then why is the delay? and if there is something missing whey no one ask for it?

Even me -the main applicant- I can't find out the reason for that delay, so who can help me with that, it looks like a closed circle with no end.

Sir, Please, Please, please help me and my family by having an officer examine my case and give a final decision or inform me about the reason for that delay maybe we can offer any needed information that can help.

If because of the long-time period between our interview date 04/26/2015 and today maybe the case officer is not comfortable to take a decision, we are more than happy to re-do an interview – if this can help-, if any documents are still needed, we can offer it. But just let us know what is needed.

Thank you very much for your time reading this e mail.

Kind regards
Karen Athanasious.
01/28/2021

Sent from Outlook

8

## Re: EXPEDITED DECISION REQUESTED, Inquiry # 57

karen wahba <karenwahba@hotmail.com>
Wed 1/2/2019 5:01 PM
To: USCIS-CaseStatus@dhs.gov <USCIS-CaseStatus@dhs.gov>
Re: Asylum case #A 205 784 039

Dear Mr.Radel,

I hope this e mail finds you well.

Since me and my family did our interview on 04/26/2015, we did not get a decision yet. This is almost my 57th inquiry - if not more- about the status of my asylum case decision , I tried several times to check at the office about any updates or reasons why there is no decision made during all that time, but no one was able to help me.

Even my lawyer can not find out the reason why there is no decision made in my case... it looks like my lawyer needs a lawyer to help him.

Sir, you are my last resort for help, can you please let me know what is going on in my case? The staff always says if they need more information they will let me know, but they do not ask for any, and in the same time no decision is being made. So, if they have all the needed information to give a final decision, then why is the delay? And if there is something missing whey no one ask for it? Even me -the main applicant- I can not find out the reason for that delay, so who can help me with that, it looks like a closed circle with no end.

Sir, Please, Please, please help me and my family by having an officer examine my case and give a final decision or inform me about the reason for that delay maybe we can offer any needed information that can help.

If because of the long-time period between our interview date 04/26/2015 and today maybe the case officer is not comfortable to take a decision, we are more than happy to re-do an interview – if this can help-, if any documents are needed, we can offer it. But just let us know what is needed.

Thank you very much for your time reading this e mail.

Kind regards
Karen Athanasious.
1/2/2019

Sent from Outlook

**EXPEDITED DECISION REQUESTED, Inquiry # 56**

Karen wahba <karenwahba@hotmail.com>
Thu 12/6/2018 6:23 AM
To: USCIS-CaseStatus@dhs.gov <USCIS-CaseStatus@dhs.gov>
Re: Asylum case #A 205 784 039

Dear Mr.Radel,

I hope this e mail finds you well.

Since me and my family did our interview on 04/26/2015, we did not get a decision yet. This is almost my 56th inquiry - if not more- about the status of my asylum case decision , I tried several times to check at the office about any updates or reasons why there is no decision made during all that time, but no one was able to help me.

Even my lawyer can not find out the reason why there is no decision made in my case... it looks like my lawyer needs a lawyer to help him.

Sir, you are my last resort for help, can you please let me know what is going on in my case? The staff always says if they need more information they will let me know, but they do not ask for any, and in the same time no decision is being made. So, if they have all the needed information to give a final decision, then why is the delay? And if there is something missing whey no one ask for it?
Even me -the main applicant- I can not find out the reason for that delay, so who can help me with that, it looks like a closed circle with no end.

Sir, Please, please help me and my family by having an officer examine my case and give a final decision or inform me about the reason for that delay maybe we can offer any needed information that can help.

If because of the long-time period between our interview date 04/26/2015 and today maybe the case officer is not comfortable to take a decision, we are more than happy to re-do an interview – if this can help-, If any documents are needed, we can offer it. But just let us know what is needed .

Thank you very much for your time reading this e mail.

Kind regards
Karen Athanasious.
12/05/2018

Sent from Outlook

## Re: EXPEDITED DECISION REQUESTED, Inquiry # 55

Karen wahba <karenwahba@hotmail.com>

Thu 11/29/2018 6:25 AM

To: USCIS-CaseStatus@dhs.gov <USCIS-CaseStatus@dhs.gov>

Re: Asylum case #A 205 784 039

Dear Mr.Radel,

I hope this e mail finds you well.
Since me and my family did our interview on 04/26/2015, we did not get a decision yet. This is almost my 54th inquiry - if not more- about the status of my asylum case decision , I tried several times to check at the office about any updates or reasons why there is no decision made during all that time, but no one was able to help me.

Even my lawyer can not find out the reason why there is no decision made in my case... it looks like my lawyer needs a lawyer to help him.

Sir, you are my last resort for help, can you please let me know what is going on in my case? The staff always says if they need more information they will let me know, but they do not ask for any, and in the same time no decision is being made. so, if they have all the needed information to give a final decision, then why is the delay? And if there is something missing whey no one ask for it?
Even me -the main applicant- I can not find out the reason for that delay, so who can help me with that, it looks like a closed circle with no end.

Sir, Please, Please, please help me and my family by having an officer examine my case and give a final decision or inform me about the reason for that delay maybe we can offer any needed information that can help.

If because of the long-time period between our interview date 04/26/2015 and today maybe the case officer is not comfortable to take a decision, we are more than happy to re-do an interview – if this can help-, If any documents are needed, we can offer it. But just let us know what is needed.

Thank you very much for your time reading this e mail.

Kind regards
Karen Athanasious.
11/28/2018

ه

Case 8:21-cv-01080 Document 1 Filed 06/21/21 Page 26 of 64 Page ID #:26

# Re: EXPEDITED DECISION REQUESTED, Inquiry # 55

karen wahba <karenwahba@hotmail.com>
Wed 11/14/2018 4:23 PM
To: USCIS-CaseStatus@dhs.gov <USCIS-CaseStatus@dhs.gov>
Re: Asylum case #A 205 784 039

Dear Mr.Radel,

I hope this e mail finds you well.

Since me and my family did our interview on 04/26/2015, we did not get a decision yet. This is almost my 55th inquiry - if not more- about the status of my asylum case decision , I tried several times to check at the office about any updates or reasons why there is no decision made during all that time, but no one was able to help me.

Even my lawyer can not find out the reason why there is no decision made in my case... it looks like my lawyer needs a lawyer to help him.

Sir, you are my last resort for help, can you please let me know what is going on in my case? The staff always says if they need more information they will let me know, but they do not ask for any, and in the same time no decision is being made. so, if they have all the needed information to give a final decision, then why is the delay? And if there is something missing whey no one ask for it? Even me -the main applicant- I can not find out the reason for that delay, so who can help me with that, it looks like a closed circle with no end.

Sir, Please, please help me and my family by having an officer examine my case and give a final decision or inform me about the reason for that delay maybe we can offer any needed information that can help.

If because of the long-time period between our interview date 04/26/2015 and today maybe the case officer is not comfortable to take a decision, we are more than happy to re-do an interview – if this can help-, If any documents are needed, we can offer it. But just let us know what is needed.

Thank you very much for your time reading this e mail.

Kind regards
Karen Athanasious.
11/14/2018

Sent from Outlook

\ \

6/9/2021

Mail - Karen wahba - Outlook

# EXPEDITED DECISION REQUESTED, Inquiry # 54

Karen wahba <karenwahba@hotmail.com>

Thu 10/11/2018 6:14 AM

To: USCIS-CaseStatus@dhs.gov <USCIS-CaseStatus@dhs.gov>

Re: Asylum case #A. 205 784 039

Dear Mr.Radel,

I hope this e mail finds you well.

Since me and my family did our interview on 04/26/2015, we did not get a decision yet. This is almost my 53rd inquiry - if not more- about the status of my asylum case decision , I tried several times to check at the office about any updates or reasons why there is no decision made during all that time, but no one was able to help me.

Even my lawyer can not find out the reason why there is no decision made in my case... it looks like my lawyer needs a lawyer to help him.

Sir, you are my last resort for help, can you please let me know what is going on in my case? The staff always says if they need more information they will let me know, but they do not ask for any, and in the same time no decision is being made. So, if they have all the needed information to give a final decision, then why is the delay? And if there is something missing whey no one ask for it?
Even me -the main applicant- I can not find out the reason for that delay, so who can help me with that, it looks like a closed circle with no end.

Sir, Please, Please, please help me and my family by having an officer examine my case and give a final decision or inform me about the reason for that delay maybe we can offer any needed information that can help.

If because of the long-time period between our interview date 04/26/2015 and today maybe the case officer is not comfortable to take a decision, we are more than happy to re-do an interview – if this can help-, If any documents are needed, we can offer it. But just let us know what is needed.

Thank you very much for your time reading this e mail.

Kind regards
Karen Athanasious.
10/10/2018

https://outlook.live.com/mail/0/id/AQMKADAwATZiZmYzZC04OABiZi1lNDBiLTAwAi0wMAoARgAAA%2FCYlLKtodBCIZl0kf7lJsgHAi6in6gMW9sZDo0U0akZUcKYA-AAIBCQAAAi6in6gMW9sZDo0U0a…

12

## To be directed to Mr. David M. Radel, Inquiry # 53, EXPEDITED DECISION REQUESTED

karen wahba <karenwahba@hotmail.com>
Wed 9/26/2018 3:21 PM
To: USCIS-CaseStatus@dhs.gov <USCIS-CaseStatus@dhs.gov>

Re: Asylum case #A 205 784 039

Dear Mr.Radel,

I hope this e mail finds you well.

Since me and my family did our interview on 04/26/2015, we did not get a decision yet. This is almost my 53rd inquiry - if not more- about the status of my asylum case decision , I tried several times to check at the office about any updates or reasons why there is no decision made during all that time, but no one was able to help me.

Even my lawyer can not find out the reason why there is no decision made in my case... it looks like my lawyer needs a lawyer to help him.

Sir, you are my last resort for help, can you please let me know what is going on in my case? The staff always says if they need more information they will let me know, but they do not ask for any, and in the same time no decision is being made. so, if they have all the needed information to give a final decision, then why is the delay? And if there is something missing whey no one ask for it?
Even me -the main applicant- I can not find out the reason for that delay, so who can help me with that, it looks like a closed circle with no end.

Sir, Please, Please, please help me and my family by having an officer examine my case and give a final decision or inform me about the reason for that delay maybe we can offer any needed information that can help.

If because of the long-time period between our interview date 04/26/2015 and today maybe the case officer is not comfortable to take a decision, we are more than happy to re-do an interview – if this can help-, if any documents are needed, we can offer it. But just let us know what is needed.

Thank you very much for your time reading this e mail.

Kind regards
Karen Athanasious.
09/26/2018

https://outlook.live.com/mail/0/id/AQMkADAwATZlZmYyAZC04OABiZl1lNDBlLTAwAi0wMAoARgAAA%2FCYlLKIodBCrIZi0kT7UsgHAi6nf6gMW9sZDo0UOaKZUCkYA-AAIBCQAAAi6nf6gMW9sZDo0UOa...

13

6/9/2021

Mail - karen wahba - Outlook

## Re: Attention Mr. David M. Radel, Inquiry # 53

Karen wahba <karenwahba@hotmail.com>

Wed 9/19/2018 3:45 PM

To: Los Angeles Asylum <LosAngelesAsylum@uscis.dhs.gov>; USCIS-CaseStatus@dhs.gov <USCIS-CaseStatus@dhs.gov>

Dear Sirs,

Per your last e mail below, I did not receive decision yet regarding my case, hence I am contacting you one more time seeking your help. can someone please look into my case to see why it is being delayed for all that time?

My Lawyer had another case that did the same interview at that same day with that same officer " Her name is: Niazze", and this particular case also still pending till today, so there is something happened at that date with this officer that causes this delay in these 2 different unrelated interview decisions, the common factors in here are, the same officer & Same day, same lawyer.

My lawyer was able to reach out to Mrs,Niazze and he knew form her that, she has moved to a different department right after doing our interviews, and she has handed all her pending cases "including the above mentioned 2 ones" to a supervisor, our hunch is that, since she has handed them over to a supervisor, nothing happened, and we do not know the reason why there was a break in the system in handling such scenarios. "We could be wrong though"

Can you please have a detailed look into why our case is being pending for that long time? if they are in the process of that extra long review, can you please let us know what are they reviewing, maybe we can help and provide any info that can speed their decision? , obviously, there is something missing, that is why they are taking that long time, we can help if someone let us know,  or maybe no one wants to take that case since it was handed to a supervisor and just being kept like that.

By the way i am sending the inquiry number 53 today to check on the status of my pending case, I send an inquiry every Wednesday.

Please Please Please help us.

Thank you, very much.

Karen

Sent from Outlook

6/9/2021

Mail - karen wahba - Outlook

## To be directed to Mr. David M. Radel, Inquiry # 52

Karen wahba <karenwahba@hotmail.com>

Thu 9/13/2018 4:19 AM

To: USCIS-CaseStatus@dhs.gov <USCIS-CaseStatus@dhs.gov>

Re: Asylum case #A 205 784 039

Dear Mr.Radel,

I hope this e mail finds you well.

Since me and my family did our interview on 04/26/2015, we did not get a decision yet. This is almost my 52nd inquiry - if not more- about the status of my asylum case decision , I tried several times to check at the office about any updates or reasons why there is no decision made during all that time, but no one was able to help me.

Even my lawyer can not find out the reason why there is no decision made in my case... it looks like my lawyer needs a lawyer to help him.

Sir, you are my last resort for help, can you please let me know what is going on in my case? The staff always says if they need more information they will let me know, but they do not ask for any, and in the same time no decision is being made. so, if they have all the needed information to give a final decision, then why is the delay? And if there is something missing whey no one ask for it? Even me -the main applicant- I can not find out the reason for that delay, so who can help me with that, it looks like a closed circle with no end.

Sir, Please, please help me and my family by having an officer examine my case and give a final decision or inform me about the reason for that delay maybe we can offer any needed information that can help.

If because of the long-time period between our interview date 04/26/2015 and today maybe the case officer is not comfortable to take a decision, we are more than happy to re-do an interview – if this can help-, If any documents are needed, we can offer it. But just let us know what is needed.

Thank you very much for your time reading this e mail.

Kind regards
Karen Athanasious.
09/12/2018

Sent from Outlook

1/1



## To be directed to Mr. David M. Radel, Inquiry # 51

karen wahba <karenwahba@hotmail.com>
Thu 9/6/2018 4:21 AM
To: USCIS-CaseStatus@dhs.gov <USCIS-CaseStatus@dhs.gov>
Re: Asylum case #A 205 784 039

Dear Mr.Radel,

I hope this e mail finds you well.

Since me and my family did our interview on 04/26/2015, we did not get a decision yet. This is almost my 51st inquiry - if not more- about the status of my asylum case decision , I tried several times to check at the office about any updates or reasons why there is no decision made during all that time, but no one was able to help me.

Even my lawyer can not find out the reason why there is no decision made in my case... it looks like my lawyer needs a lawyer to help him.

Sir, you are my last resort for help, can you please let me know what is going on in my case? The staff always says if they need more information they will let me know, but they do not ask for any, and in the same time no decision is being made. so, if they have all the needed information to give a final decision, then why is the delay? And if there is something missing whey no one ask for it?
Even me -the main applicant- I can not find out the reason for that delay, so who can help me with that, it looks like a closed circle with no end.

Sir, Please, please help me and my family by having an officer examine my case and give a final decision or inform me about the reason for that delay maybe we can offer any needed information that can help.

If because of the long-time period between our interview date 04/26/2015 and today maybe the case officer is not comfortable to take a decision, we are more than happy to re-do an interview – if this can help-, If any documents are needed, we can offer it. But just let us know what is needed.

Thank you very much for your time reading this e mail.

Kind regards
Karen Athanasious.
09/05/2018

16

# To be directed to Mr. David M. Radel, Inquiry # 50

Karen wahba <karenwahba@hotmail.com>
Wed 8/29/2018 2:44 PM
To: USCIS-CaseStatus@dhs.gov <USCIS-CaseStatus@dhs.gov>

Re: Asylum case #A 205 784 039

Dear Sirs,

I hope this e mail finds you well.
Since me and my family did our interview on 04/26/2015, we did not get a decision yet. This is almost my 50th inquiry - if not more- about the status of my asylum case decision , I tried several times to check at the office about any updates or reasons why there is no decision made during all that time, but no one was able to help me.

Even my lawyer can not find out the reason why there is no decision made in my case... it looks like my lawyer needs a lawyer to help him.

Sir, you are my last resort for help, can you please let me know what is going on in my case? The staff always says if they need more information they will let me know, but they do not ask for any, and in the same time no decision is being made. so, if they have all the needed information to give a final decision, then why is the delay? And if there is something missing whey no one ask for it?
Even me -the main applicant- I can not find out the reason for that delay, so who can help me with that, it looks like a closed circle with no end.

Sir, Please, Please, please help me and my family by having an officer examine my case and give a final decision or inform me about the reason for that delay maybe we can offer any needed information that can help.

If because of the long-time period between our interview date 04/26/2015 and today maybe the case officer is not comfortable to take a decision, we are more than happy to re-do an interview – if this can help-, If any documents are needed, we can offer it. But just let us know what is needed.

Thank you very much for your time reading this e mail.

Kind regards
Karen Athanasious.
08/29/2018

17

## Re: case #A 205 784 039

karen wahba <karenwahba@hotmail.com>
Wed 8/22/2018 6:12 AM
To: USCIS-CaseStatus@dhs.gov <USCIS-CaseStatus@dhs.gov>

Re: Asylum case #A 205 784 039

Dear Sirs,

I hope this e mail finds you well.

Since me and my family did our interview on 04/26/2015, we did not get a decision yet. This is almost my 50th inquiry - if not more- about the status of my asylum case decision , I tried several times to check at the office about any updates or reasons why there is no decision made during all that time, but no one was able to help me.

Even my lawyer can not find out the reason why there is no decision made in my case... it looks like my lawyer needs a lawyer to help him.

Sir, you are my last resort for help, can you please let me know what is going on in my case? The staff always says if they need more information they will let me know, but they do not ask for any, and in the same time no decision is being made. so, if they have all the needed information to give a final decision, then why is the delay? And if there is something missing whey no one ask for it?
Even me -the main applicant- I can not find out the reason for that delay, so who can help me with that, it looks like a closed circle with no end.

Sir, Please, Please, please help me and my family by having an officer examine my case and give a final decision or inform me about the reason for that delay maybe we can offer any needed information that can help.

If because of the long-time period between our interview date 04/26/2015 and today maybe the case officer is not comfortable to take a decision, we are more than happy to re-do an interview – if this can help-, If any documents are needed, we can offer it. But just let us know what is needed.

Thank you very much for your time reading this e mail.

Kind regards
Karen Athanasious.
08/21/2018

18

# Re: case #A 205 784 039

karen wahba <karenwahba@hotmail.com>
Wed 8/15/2018 8:10 AM
To: USCIS-CaseStatus@dhs.gov <USCIS-CaseStatus@dhs.gov>
Re: Asylum case #A 205 784 039

Dear Sirs,

I hope this e mail finds you well.

Since me and my family did our interview on 04/26/2015, we did not get a decision yet. This is almost my 49th inquiry - if not more- about the status of my asylum case decision , I tried several times to check at the office about any updates or reasons why there is no decision made during all that time, but no one was able to help me.

Even my lawyer can not find out the reason why there is no decision made in my case... it looks like my lawyer needs a lawyer to help him.

Sir, you are my last resort for help, can you please let me know what is going on in my case? The staff always says if they need more information they will let me know, but they do not ask for any, and in the same time no decision is being made. so, if they have all the needed information to give a final decision, then why is the delay? And if there is something missing whey no one ask for it? Even me -the main applicant- I can not find out the reason for that delay, so who can help me with that, it looks like a closed circle with no end.

Sir, Please, please help me and my family by having an officer examine my case and give a final decision or inform me about the reason for that delay maybe we can offer any needed information that can help.

If because of the long-time period between our interview date 04/26/2015 and today maybe the case officer is not comfortable to take a decision, we are more than happy to re-do an interview – if this can help-, if any documents are needed, we can offer it. But just let us know what is needed.

Thank you very much for your time reading this e mail.

Kind regards
Karen Athanasious.
08/15/2018

Sent from Outlook

19

## Re: case #A 205 784 039

Karen wahba <karenwahba@hotmail.com>

Thu 8/9/2018 6:25 AM

To: USCIS-CaseStatus@dhs.gov <USCIS-CaseStatus@dhs.gov>

Re: Asylum case #A 205 784 039

Dear Sirs,

I hope this e mail finds you well.

Since me and my family did our interview on 04/26/2015, we did not get a decision yet. This is almost my 48th inquiry - if not more- about the status of my asylum case decision , I tried several times to check at the office about any updates or reasons why there is no decision made during all that time, but no one was able to help me.

Even my lawyer can not find out the reason why there is no decision made in my case... it looks like my lawyer needs a lawyer to help him.

Sir, you are my last resort for help, can you please let me know what is going on in my case? The staff always says if they need more information they will let me know, but they do not ask for any, and in the same time no decision is being made. so, if they have all the needed information to give a final decision, then why is the delay? And if there is something missing whey no one ask for it?
Even me -the main applicant- I can not find out the reason for that delay, so who can help me with that, it looks like a closed circle with no end.

Sir, Please, Please, please help me and my family by having an officer examine my case and give a final decision or inform me about the reason for that delay maybe we can offer any needed information that can help.

If because of the long-time period between our interview date 04/26/2015 and today maybe the case officer is not comfortable to take a decision, we are more than happy to re-do an interview – if this can help-, if any documents are needed, we can offer it. But just let us know what is needed.

Thank you very much for your time reading this e mail.

Kind regards
Karen Athanasious.
08/08/2018

20.

Re: case #A 205 784 039

Karen wahba <karenwahba@hotmail.com>
Thu 8/2/2018 7:46 AM
To: USCIS-CaseStatus@dhs.gov <USCIS-CaseStatus@dhs.gov>

Re: Asylum case #A 205 784 039

Dear Sirs,

I hope this e mail finds you well.

Since me and my family did our interview on 04/26/2015, we did not get a decision yet. This is almost my 47th inquiry - if not more- about the status of my asylum case decision , I tried several times to check at the office about any updates or reasons why there is no decision made during all that time, but no one was able to help me.

Even my lawyer can not find out the reason why there is no decision made in my case... it looks like my lawyer needs a lawyer to help him.

Sir, you are my last resort for help, can you please let me know what is going on in my case? The staff always says if they need more information they will let me know, but they do not ask for any, and in the same time no decision is being made, so, if they have all the needed information to give a final decision, then why is the delay? And if there is something missing whey no one ask for it?
Even me -the main applicant- I can not find out the reason for that delay, so who can help me with that, it looks like a closed circle with no end.

Sir, Please, Please help me and my family by having an officer examine my case and give a final decision or inform me about the reason for that delay maybe we can offer any needed information that can help.

If because of the long-time period between our interview date 04/26/2015 and today maybe the case officer is not comfortable to take a decision, we are more than happy to re-do an interview – if this can help-, if any documents are needed, we can offer it. But just let us know what is needed.

Thank you very much for your time reading this e mail.

Kind regards
Karen Athanasious.
08/01/2018

2-1

## Att Mr. David M. Radel, Inquiry # 46 or even more

Karen wahba <karenwahba@hotmail.com>

Thu 7/26/2018 3:27 PM

To: USCIS-CaseStatus@dhs.gov <USCIS-CaseStatus@dhs.gov>

Re: Asylum case #A 205 784 039

Dear Mr. Radel,

I hope this e mail finds you well.

Since me and my family did our interview on 04/26/2015, we did not get a decision yet. This is almost my 46th inquiry - if not more- about the status of my asylum case decision , I tried several times to check at the office about any updates or reasons why there is no decision made during all that time, but no one was able to help me.

Even my lawyer can not find out the reason why there is no decision made in my case... it looks like my lawyer needs a lawyer to help him.

Sir, you are my last resort for help, can you please let me know what is going on in my case? The staff always says if they need more information they will let me know, but they do not ask for any, and in the same time no decision is being made. So, if they have all the needed information to give a final decision, then why is the delay? And if there is something missing whey no one ask for it? Even me -the main applicant- I can not find out the reason for that delay, so who can help me with that, it looks like a closed circle with no end.

Sir, Please, please help me and my family by having an officer examine my case and give a final decision or inform me about the reason for that delay maybe we can offer any needed information that can help.

If because of the long-time period between our interview date 04/26/2015 and today maybe the case officer is not comfortable to take a decision, we are more than happy to re-do an interview – if this can help-, If any documents are needed, we can offer it. But just let us know what is needed.

Thank you very much for your time reading this e mail.

Kind regards
Karen Athanasious.
07/26/2018

Sent from Outlook

22

## Re: Att Mr. David M. Radel, Inquiry # 45 or even more

Karen wahba <karenwahba@hotmail.com>

Thu 7/19/2018 5:29 AM

To: USCIS-CaseStatus@dhs.gov <USCIS-CaseStatus@dhs.gov>

Re: Asylum case #A 205 784 039

Dear Mr. Radel,

I hope this e mail finds you well.

Since me and my family did our interview on 04/26/2015, we did not get a decision yet. This is almost my 45th inquiry - if not more- about the status of my asylum case decision , I tried several times to check at the office about any updates or reasons why there is no decision made during all that time, but no one was able to help me.

Even my lawyer can not find out the reason why there is no decision made in my case... it looks like my lawyer needs a lawyer to help him.

Sir, you are my last resort for help, can you please let me know what is going on in my case? The staff always says if they need more information they will let me know, but they do not ask for any, and in the same time no decision is being made. so, if they have all the needed information to give a final decision, then why is the delay? And if there is something missing whey no one ask for it? Even me -the main applicant- I can not find out the reason for that delay, so who can help me with that, it looks like a closed circle with no end.

Sir, Please, Please, please help me and my family by having an officer examine my case and give a final decision or inform me about the reason for that delay maybe we can offer any needed information that can help.

If because of the long-time period between our interview date 04/26/2015 and today maybe the case officer is not comfortable to take a decision, we are more than happy to re-do an interview – if this can help-, If any documents are needed, we can offer it. But just let us know what is needed.

Thank you very much for your time reading this e mail.

Kind regards
Karen Athanasious.
07/18/2018

23

**Cottrell, Kristi L**

| | |
|---|---|
| **From:** | Los Angeles Asylum |
| **Sent:** | Wednesday, July 11, 2018 7:39 AM |
| **To:** | karen wahba (karenwahba@hotmail.com) |
| **Subject:** | RE: Attention Mr. David M. Radel |

*ACTION COMPLETED*
*APPROVED FOR FILING*
Initials: K  Date: 7/11/18
FCO/Unit: ZLA

Dear Ms. Athanasious,

Your case is currently under extended review.  If you have not received a decision by September 10, 2018, please contact our office again.

Thank you,

Los Angeles Asylum Office
P.O. Box 65015
Anaheim, CA  92815-8515

LosAngelesAsylum@uscis.dhs.gov

**From:** karen wahba [mailto:karenwahba@hotmail.com]
**Sent:** Wednesday, June 27, 2018 11:38 PM
**To:** Los Angeles Asylum
**Subject:** Attention Mr. David M. Radel

Re: Asylum case #A 205 784 039

Dear Mr. David,

I hope this e mail finds you well.
Since me and my family did our interview on 04/26/2017, we did not get a decision yet. This is almost my 20th  inquiry - if not more- about the status of my asylum case decision , I tried several times to check at the office about any updates or reasons why there is no decision made during all that time, but no one was able to help me.

Even my lawyer can not find out the reason why there is no decision made in my case... it looks like my lawyer needs a lawyer to help him in my case.

Sir, you are my last resort for help, can you please let me know what is going on in my case? The staff always says if they need more information they will let me know, but they do not ask for any, and in the same time no decision is being made. so, if they have all the needed information to give a final decision, then why is the delay? And if there is something missing whey no one ask for it?
Even me -the main applicant- I can not find out the reason for that delay, so who can help me with that, it looks like a closed circle with no end.

Sir, Please, Please, please help me and my family by having an officer examine my case and give a final decision or inform me about the reason for that delay maybe we can offer any needed information.

1

24

If because of the long-time period between our interview date 04/26/2017 and today our case officer is not comfortable to take a decision, we are more than happy to re-do an interview – if this can help-, If any documents are needed, we can offer it. But just let us know what is needed.

Thank you very much for your time reading this e mail.

Kind regards
Karen Athanasious.
06/27/2018

2S

## Att Mr. David M. Radel

Karen wahba <karenwahba@hotmail.com>

Thu 7/5/2018 6:21 AM

To: USCIS-CaseStatus@dhs.gov <USCIS-CaseStatus@dhs.gov>

Re: Asylum case #A 205 784 039

Dear Mr. Radel,

I hope this e mail finds you well.

Since me and my family did our interview on 04/26/2017, we did not get a decision yet. This is almost my 20th inquiry - if not more- about the status of my asylum case decision , I tried several times to check at the office about any updates or reasons why there is no decision made during all that time, but no one was able to help me.

Even my lawyer can not find out the reason why there is no decision made in my case... it looks like my lawyer needs a lawyer to help him.

Sir, you are my last resort for help, can you please let me know what is going on in my case? The staff always says if they need more information they will let me know, but they do not ask for any, and in the same time no decision is being made. so, if they have all the needed information to give a final decision, then why is the delay? And if there is something missing whey no one ask for it?
Even me -the main applicant- I can not find out the reason for that delay, so who can help me with that, it looks like a closed circle with no end.

Sir, Please, Please, please help me and my family by having an officer examine my case and give a final decision or inform me about the reason for that delay maybe we can offer any needed information that can help.

If because of the long-time period between our interview date 04/26/2017 and today maybe the case officer is not comfortable to take a decision, we are more than happy to re-do an interview – if this can help-, if any documents are needed, we can offer it. But just let us know what is needed.

Thank you very much for your time reading this e mail.

Kind regards
Karen Athanasious.
07/04/2018

https://outlook.live.com/mail/0/id/AQMkADAwATZiZmYAZC04OABiZi1lNDBLTAwAI0wMAoARgAAA%2FCYlLKtodBCIZIZ0k7TJsgHAI6n6gMW9sZDo0JOaKZUCkYAAAlBCQAAAI6n6gMW9sZDo0JOa...

26

**Cottrell, Kristi L**

| | |
|---|---|
| **From:** | Los Angeles Asylum |
| **Sent:** | Thursday, July 05, 2018 11:36 AM |
| **To:** | 'karen wahba' |
| **Subject:** | RE: Attention Mr. David M. Radel |

ACTION COMPLETED
APPROVED FOR FILING
Initials: KC Date 7/5/18
FCO/Unit: ZLA

Dear Ms. Athanasious,                    A205 784039

We reached out to the officer assigned to your case and found that it remains under extended review.  Unfortunately, we cannot provide you with an estimated completion date at this time.  If you do not receive a decision by September 5, 2018, please feel free to reach out to us again.  Your case clock is running at 1833 days.

Thank you,

Los Angeles Asylum Office
P.O. Box 65015
Anaheim, CA  92815-8515

LosAngelesAsylum@uscis.dhs.gov

**From:** karen wahba [mailto:karenwahba@hotmail.com]
**Sent:** Wednesday, July 04, 2018 11:24 PM
**To:** Los Angeles Asylum
**Subject:** Re: Attention Mr. David M. Radel

Re: Asylum case #A 205 784 039

Dear Mr. Radel,

I hope this e mail finds you well.
Since me and my family did our interview on 04/26/2017, we did not get a decision yet. This is almost my 20th inquiry - if not more- about the status of my asylum case decision , I tried several times to check at the office about any updates or reasons why there is no decision made during all that time, but no one was able to help me.

Even my lawyer can not find out the reason why there is no decision made in my case... it looks like my lawyer needs a lawyer to help him.

Sir, you are my last resort for help, can you please let me know what is going on in my case? The staff always says if they need more information they will let me know, but they do not ask for any, and in the same time no decision is being made. so, if they have all the needed information to give a final decision, then why is the delay? And if there is something missing whey no one ask for it?
Even me -the main applicant- I can not find out the reason for that delay, so who can help me with that, it looks like a closed circle with no end.

ER - 1009    X 44142-
                         1209

27

Sir, Please, Please, please help me and my family by having an officer examine my case and give a final decision or inform me about the reason for that delay maybe we can offer any needed information that can help.

If because of the long-time period between our interview date 04/26/2017 and today maybe the case officer is not comfortable to take a decision, we are more than happy to re-do an interview – if this can help-, If any documents are needed, we can offer it. But just let us know what is needed.

Thank you very much for your time reading this e mail.

Kind regards, & Happy 4th of July
Karen Athanasious.
07/04/2018

28



# LOS ANGELES ASYLUM OFFICE

Mailing Address:
P.O. Box 65015
Anaheim, CA 92815-5015

~ ~R -7  AM 11: 1~

Street Address:
1585 So. Manchester Ave.
Anaheim, CA 92802
Phone: 714-808-8000
Fax:    714-635-8707
LosAngelesAsylum@uscis.dhs.gov

## ASYLUM CASE STATUS INQUIRY FORM

Date of Inquiry: 3/7/2018

File Number                 A- 205 784 039

Applicant                   Athanasious                     Karen
                            (Last Name)                     (First Name)

Signature of Applicant      Karen Athanasious                ACTION COMPLETED
                                                             APPROVED FOR FILING

Date and Place of Birth     08/06/1985          Initials SG  Date MAR 0 7 2018
                                                PCC/Unit   ZLA

Country of Nationality      Egypt

Current Address             2560 w La Palma ave, anaheim, CA
                            92801 apt #130

Telephone Number            818 434 2240

Date Initial Form I-589 Filed
(Asylum Application)

Interview Conducted?        (Circle One) (Yes)  No   If yes, Date april 2015

Re-Interview Conducted?     (Circle One)  Yes  (No)  If yes, Date

Interviewing Officer, if    Niazi
known

Attorney, if any            Hany Boshra         Phone

Nature of Inquiry: we had our interview and no answer
since 3 years ago

Only complete inquiries will be accepted.  Mail or fax inquiries to the Post Office Box address or fax number shown above.
Please attach copies of any correspondence between you and the USCIS regarding your asylum case.  Attach additional
sheets as necessary to fully explain your case.

Your response will be mailed to you within 15 working days from the date your inquiry is received by this office.

(Revised 05/5/14-KV)

29

**U.S. Department of Homeland Security**
*Los Angeles Asylum Office*
*P.O. Box 65015*
*Anaheim CA 92815*
Tel: (714) 808-8000
Fax: (714) 635-8707
Email: LosAngelesAsylum@uscis.dhs.gov



**U.S. Citizenship
and Immigration
Services**

January 25, 2018

KAREN SHOKRY ATHANASIOUS
2560 W LA PALMA AVE APT 130
ANAHEIM, CA 92801

Re:   A 205784039

Dear KAREN SHOKRY ATHANASIOUS:

This letter is in response to your representative request received on December 11, 2017.

**Status/Inquiry**

☑ A decision on your case is currently pending. You will be notified by mail if further information is required.

Please visit our website at *www.uscis.gov/asylum* to access the regularly updated Affirmative Asylum Scheduling Bulletin for current processing times.

Sincerely,

*for*

David M. Radel, Director
Los Angeles Asylum Office

*CC:*   MARIANNE SALIB
LAW OFFICES OF HANI S BUSHRA
16541 GOTHARD ST #208
HUNTINGTON BEACH, CA 92647

30



## LAW OFFICES OF HANI S. BUSHRA

16541 Gothard St. # 208–Huntington Beach - California 92647
Telephone: (714) 984-2000 Fax: (714) 489-8128
Web: www.Bushralaw.com - Email: hani@bushralaw.com

December 11, 2017

2017 DEC 11 PM 12: 52
ASYLUM
LOS ANGELES

USCIS
1585 S Manchester Ave,
Anaheim, CA 92802

Dear Director David Radel,

    I am an attorney at the Law Offices of Hani S. Bushra and am writing to you regarding five of my asylum cases, which are still pending decision by their Asylum Officers. I have listed the cases below. While some of these Applicants have been pending for over 6 months, others have been awaiting a decision for over 2 years. This extensive delay has caused these Applicants and their families a great deal of anxiety and the inability to settle down.

    On April 21, 2015, ▇▇▇▇▇▇interviewed ▇▇▇▇▇▇▇▇▇▇▇▇▇, and subsequently interviewed Karen Shokry Athanasious, A# 205-784-039. My office is aware that Officer Niazi has been relocated within USCIS and to another location altogether. Applicants' decisions have been pending over 2 years; therefore, we are requesting a decision in both their cases.

    On May 8, 2015, Officer Zavala interviewed ▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Applicant remained pending decision in his case for 2 years until he was called back for a re-interview. On June 15, 2017, he was re-interviewed by Officer Bautista. Applicant's decision has been pending over 2 years for a decision; therefore, we are requesting a decision in his case.

    On February 24, 2017, Officer Johnson interviewed Applicant ▇▇▇▇▇▇▇▇. Applicant's decision has been pending for 9 months; therefore, we are requesting a decision in his case.

    On June 9, 2017, Officer Hedyati interviewed Applicant ▇▇▇▇▇▇, ▇▇▇▇▇▇▇. Applicant is a single, 76-year old, who is supported by her family and neighbors. Applicant also has numerous medical issues, in which she cannot address until there is a final decision reached in her case. Applicant's decision has been pending for 6 months, therefore, we are requesting a decision in her case.

31

We request that final decisions be issued in these cases in order to allow Applicants and their families to move forward from their uncertain futures. If you have any questions, please don't hesitate to contact our office.

Sincerely,


Marianne Salib, Esq.

32

## To Mr. David M. Radel

Karen <karenwahba@hotmail.com>

Mon 12/4/2017 6:29 AM

To: losangelesasylum@uscis.dhs.gov <losangelesasylum@uscis.dhs.gov>

Re: A 205 784 039

Dear Mr. David,

I hope this e mail finds you well.

Since the last letter that I received from you on Mar 16, 2017 regarding my case decision, nothing happened, I tried several times to ask at the office about any updates or reasons why there is no decision made during all that time, but no one was able to help me.

Even my lawyer can not find out the reason why there is no decision made in my case... it looks like my lawyer needs a lawyer to help him in my case.

Sir, you are my last resort for help, can you please let me know what is going on in my case? The staff always says if they need more information they will let me know, but they do not ask for any, and in the same time no decision is being made. so, if they have all the needed information to give a final decision, then why is the delay? And if there is something missing whey no one ask for it? Even me -the main applicant- I can not find out the reason for that delay, so who can help me with that, it looks like a closed circle with no end.

Sir, Please, please help me and my family by giving a final decision or inform me about the reason for that delay maybe we can offer any needed information.

If because of the long-time period between our interview date 04/26/2017 and today our case officer is not comfortable to take a decision, we are more than happy to re-do an interview – if this can help-, If any documents are needed, we can offer it. But just let us know what is needed.

Thank you very much for your time reading this e mail.

Kind regards
Karen Athanasious.
12/03/2017

33

# LOS ANGELES ASYLUM OFFICE

Mailing Address:
P.O. Box 65015
Anaheim, CA 92815-5015

2017 AUG 30 AM 9:2

ASYLUM
LOS ANGELES

Street Address:
1585 So. Manchester Ave.
Anaheim, CA 92802
Phone: 714-808-8000
Fax:   714-635-8707
LosAngelesAsylum@uscis.dhs.gov

## ASYLUM CASE STATUS INQUIRY FORM

Date of Inquiry: 8/30/2017

File Number: A- 205 784 039

Applicant: Athanasious                    Karen
(Last Name)                    (First Name)

Signature of Applicant: Karen Athanasious

Date and Place of Birth: 10/6/85

Country of Nationality: Egypt

Current Address: 2560 w La Palma ave, anaheim, CA
92801   apt #130

Telephone Number: 818 434 2240

Date Initial Form I-589 Filed
(Asylum Application)

Interview Conducted?   (Circle One) (Yes)   No   If yes, Date april 2015

Re-Interview Conducted?   (Circle One)  Yes   No   If yes, Date

Interviewing Officer, if
known: Niazi

Attorney, if any: Hany Boshra          Phone

Nature of Inquiry: we didn't get any answer since we
made my interview    it is 2 years and half

---

Only complete inquiries will be accepted.  Mail or fax inquiries to the Post Office Box address or fax number shown above.
Please attach copies of any correspondence between you and the USCIS regarding your asylum case.  Attach additional
sheets as necessary to fully explain your case.

Your response will be mailed to you within 15 working days from the date your inquiry is received by this office.

(Revised 05/5/14-KV)

34



ER

# LOS ANGELES ASYLUM OFFICE

Mailing Address:
P.O. Box 65015
Anaheim, CA 92815-5015

Street Address:
1585 So. Manchester Ave.
Anaheim, CA 92802
Phone: 714-808-8000
Fax:    714-635-8707
LosAngelesAsylum@uscis.dhs.gov

### ASYLUM CASE STATUS INQUIRY FORM

Date of Inquiry. 3/22/2017

File Number          A- 205 - 784 - 039

Applicant

Athanasious                    Karen
(Last Name)                    (First Name)

Signature of Applicant    Karen Athanasious

Date and Place of Birth    10/06/1985

Country of Nationality    Egypt

Current Address    2560 w La Palma ave, anaheim
apt# 130 CA, 92801

Telephone Number    818 434 2240

Date Initial Form I-589 Filed
(Asylum Application)

Interview Conducted?    (Circle One) (Yes)  No   If yes, Date 21 april 2015

Re-Interview Conducted?    (Circle One)  Yes   No   If yes, Date _____

Interviewing Officer, if
known    Niazzi

Attorney, if any    Hany boshra    Phone _____

Nature of Inquiry:    Since we hade the interview
we haven't the answer
we wait for 2years to get answer.

Only complete inquiries will be accepted. Mail or fax inquiries to the Post Office Box address or fax number shown above.
Please attach copies of any correspondence between you and the USCIS regarding your asylum case. Attach additional
sheets as necessary to fully explain your case.

Your response will be mailed to you within 15 working days from the date your inquiry is received by this office.

(Revised 05/5/14-KV)

35



**U.S. Department of Homeland Security**
*Los Angeles Asylum Office*
*P.O. Box 65015*
*Anaheim CA 92815*
Tel: (714) 808-8000
Fax: (714) 635-8707

Email: LosAngelesAsylum@uscis.dhs.gov



**U.S. Citizenship and Immigration Services**

March 16, 2017

KAREN SHOKRY WAHBA ATHANASIOUS
2560 W LA PALMA APT 130
ANAHEIM CA  92801

Re:   A 205 784 039

FILE COPY

Dear KAREN SHOKRY WAHBA ATHANASIOUS:

This letter is in response to your request received on March 08, 2017.

**Status/Inquiry**

☑ A decision on your case is currently pending. You will be notified by mail if further information is required.

Please visit our website at *www.uscis.gov/asylum* to access the regularly updated Affirmative Asylum Scheduling Bulletin for current processing times.

Sincerely,

*for* ~~Stephen Smithy~~

David M. Radel, Director
Los Angeles Asylum Office

CC:   HANI S BUSHRA
        16541 GOTHARD ST STE 208
        HUNTINGTON BEACH CA  92647

FILE COPY

MAR 17 2017

36

Hi Violeta,

Can you prepare a response
that the case is in decision
is Pending, ...

Information provided was carefully
reviewed but unfortunately ...

Ste

37

# LOS ANGELES ASYLUM OFFICE

Mailing Address:
P.O. Box 65015
Anaheim, CA 92815-5015

Street Address:
1585 So. Manchester Ave.
Anaheim, CA 92802
Phone: 714-808-8000
Fax: 714-635-8707
LosAngelesAsylum@uscis.dhs.gov

## ASYLUM CASE STATUS INQUIRY FORM

Date of Inquiry. 3/8/17

File Number — A- 205-784-039

Applicant — Athanasious Karen
(Last Name) (First Name)

Signature of Applicant — Karen Athanasious

Date and Place of Birth — 10/06/1985
MAR 17 2017

Country of Nationality — Egypt

Current Address — 2560 W La Palma ave, anaheim CA 92801

Telephone Number — 818 431 2240

Date Initial Form I-589 Filed
(Asylum Application) —

Interview Conducted? (Circle One) **Yes** No If yes, Date 21/4/15     3/8/2017

Re-Interview Conducted? (Circle One) Yes No If yes, Date

Interviewing Officer, if known — Nala     I talked to the applicant explained that I was waiting for a reply. Case is with FDNS...

Attorney, if any — tony Boshra     Phone

Nature of Inquiry: we didn't have answer since we had the interview

---

Only complete inquiries will be accepted. Mail or fax inquiries to the Post Office Box address or fax number shown above. Please attach copies of any correspondence between you and the USCIS regarding your asylum case. Attach additional sheets as necessary to fully explain your case.

Your response will be mailed to you within 15 working days from the date your inquiry is received by this office.

MAR 1 6 2017

(Revised 05/5/14-KV)

38

RECEIVED LOS ANGELES ASYLUM 2017 MAR 28

**Smith, Stephen C (Steve)**

| From: | Smith, Stephen C (Steve) |
|---|---|
| Sent: | Wednesday, March 08, 2017 2:15 PM |
| To: | Dickstein, Sallie L |
| Subject: | FW: Request For Status For Case 205784039 |
| Attachments: | A205784039.pdf |

Tracking:

| Recipient | Read |
|---|---|
| Dickstein, Sallie L | Read: 3/8/2017 2:21 PM |

Good afternoon Sallie,

The applicant for case A205784039 is here inquiring as to the status of her decision, she was interviewed on 4/21/15 by ZLA001. The applicant did provide a letter which is included as an attachment. I had included Dong Zee on the original e-mail and he had indicated that the file is with you, which it still is:

General Inquiry For A205784039

| File # | Seq | Office | Status: | Status/Last Action |
|---|---|---|---|---|
| | | | Audit Date: | |
| A205784039 | 000 | ZLA | RECORD IN USE | |
| | | | Last Action: | |
| | | | | 03/03/2017 11:40:54 AM |
| | | | | 03/03/2017 11:40:54 AM |
| | | | | 03/03/2017 11:40:54 AM Audit |

is there any information that you need or should I tell them that the case is Pending, under extended review.

Best regards,

Steve
SCISA

Good afternoon Sallie and Dong,

From: Smith, Stephen C (Steve)
Sent: Wednesday, March 01, 2017 1:36 PM
To: Dickstein, Sallie L; Zee, Dong
Subject: Request For Status For Case 205784039

I had the applicant for case A205784039 come in today wanting to know the status of his case. At this time NFTS indicates that the case is located with FDNS, extended review, Cart 0420:

1

39



### LAW OFFICES OF HANI S. BUSHRA
16541 Gothard St. #208-Huntington Beach - California 92647
Telephone: (714) 984-2000 Fax: (714) 489-8128
Web: www.Bushralaw.com - Email: hani@bushralaw.com

**Via Personal Delivery**

December 16, 2016

Los Angeles Asylum Office
1585 South Manchester Avenue
Anaheim, CA 92802

Attention Officer: Raihana Niazi

**Re: Karen Shokry Athanasious A# 205-784-039**

Dear Officer Niazi

I hope that this letter finds you well.

I am writing you about the above case, which you interviewed, on Apr 21, 2015.  As of the writing of this letter, no decision has been taken in this matter. The Applicant and I have submitted multiple inquires about the status of the matter, but we received no response.

I am hoping that you can provide me with information related to the status of this case.

I appreciate your help with this matter.

Very Truly Yours,

Hani Bushra
Attorney for the Applicant

2016 DEC 19 AM 8: 43

LOS ANGELES ASYLUM
RECEIVED

1 | Page

40

**U.S. Department of Homeland Security**
P.O. Box 65015
Anaheim CA 92815



**U.S. Citizenship and Immigration Services**

November 04, 2016                                                A 205 784 039

KAREN SHOKRY WAHBA ATHANASIOUS
2560 W LA PALMA AVE APT 130
ANAHEIM   CA  92801

Dear Mrs. ATHANASIOUS,

This letter is in response to your inquiry of 11/03/16.

☐  To process your inquiry, you must provide your Alien Registration Number, Date of Birth, Full Name, and Country of Birth; your inquiry is attached.  Please return this notice with your inquiry once you have provided the requested information.

☒  Your case is still pending.  You will be notified by mail of any decisions relating to your case.  Please notify this office of any change of address to prevent delays in receiving further notifications regarding your case.

☐  No interview has been scheduled as of the date of this review.  You will be notified by mail approximately two (2) weeks prior to the scheduled interview date.

☐  Inquiries regarding Employment Authorization Cards can be answered at the National Customer Service number, 1-800-375-5283, or on line at USCIS.gov.

☐  Your case was administratively closed on        .  To request reconsideration of your case, please notify this office in writing and provide proof of your timely attempt to notify this office regarding rescheduling your interview.

☐  Your case has been referred to the Immigration Judge for the following reason.  Please contact the immigration court with jurisdiction over your case.

      ☐  The address you provided the Service was no longer valid and mail sent to your address was returned undeliverable.
      ☐  You failed to appear for your interview on

☐  In order for this office to process your request, you need to provide to proof of pursuing other benefits.

41

☐   Our office acknowledges your request to withdraw your asylum case.  It does not delay a decision rendered by our office.

      ☐ Your case has been transferred to the District Office having jurisdiction over your case.
      ☐ Your case has been referred to the Immigration Judge.

☐   Interviews for ABC applicants are not being scheduled at this time.  You will be notified by mail when interviews will be conducted.

☐   Your application for asylum has been confirmed but your original application is not on file.  Please complete the attached paperwork and send it to the address on this letter.   Please include a copy of this letter with your correspondence.

☐   If a response is requested, please return this letter to       with your correspondence.

☐   This office has no record of your I-589 applications.  Please provide a copy of your original application with any future correspondence regarding this case.

☐   Other:


Sincerely,

David Radel
Director, Los Angeles Asylum Office


CC: Hani Busha, Esq.
     16541 Gothard St Ste 208
     Huntington Beach, CA 92647

42

# LOS ANGELES ASYLUM OFFICE

Mailing Address:
P.O. Box 65015
Anaheim, CA  92815-5015

Street Address:
1585 So. Manchester Ave.
Anaheim, CA  92802
Phone: 714-808-8000
Fax:   714-635-8707

## ASYLUM CASE STATUS INQUIRY FORM

Date of Response._____

File Number                           A- __205 784 039__

Applicant

__Athanasious__                __Karen__
(Last Name)                    (First Name)

Signature of Applicant         _____

Date and Place of Birth        __10/06/1985__     __Alexandria, Egypt__

Country of Nationality         __Egypt__

Current Address                __2560 West La Palma Ave #130__
                               __Anaheim, CA__

Telephone Number               __818-434-2240__

Date Initial Form I-589 Filed
(Asylum Application)           __Jun/28/2013__

Interview Conducted?           (Circle One)  Yes    No    If yes, Date __Apr/ 21/ 2015__

Re-Interview Conducted?        (Circle One)  Yes    No    If yes, Date_____

Interviewing Officer, if       __O. Niazi__
known

Attorney, if any               __Hani S. Bushra__          Phone    __714-984-2000__

Nature of Inquiry:  *Case Status*

ACTION COMPLETED
APPROVED FOR FILING
Initials: __O__  __11/04/16__

**Only complete inquiries will be accepted.  Mail or fax inquiries to the Post Office Box address or fax number
shown above.  Please attach copies of any correspondence between you and the INS regarding your asylum
case.  Attach additional sheets as necessary to fully explain your case.**

**Your response will be mailed to you within 15 working days from the date your inquiry is received by this**

43



RECEIVED
LOS ANGELES ASYL
2016 AUG 25  PM 3: 23

# LOS ANGELES ASYLUM OFFICE

Mailing Address:
P.O. Box 65015
Anaheim, CA  92815-5015

Street Address:
1585 So. Manchester Ave.
Anaheim, CA  92802

(b)(7)(c)

## ASYLUM CASE STATUS INQUIRY FORM

Date of Response._____

File Number                 A-  205 784 039

Applicant

Athanasious                    Karen
(Last Name)                   (First Name)

Signature of Applicant     *Karen  Athanasious*

Date and Place of Birth     10/06/1985     Alexandria, Egypt

Country of Nationality      Egypt

Current Address             2560 West La Palma Ave #130
                            Anaheim, CA

Telephone Number            818-434-2240

Date Initial Form I-589 Filed
(Asylum Application)        Jun/28/2013

Interview Conducted?        (Circle One) (Yes)  No   If yes, Date  Apr/ 21/ 2015

Re-Interview Conducted?     (Circle One)  Yes   No   If yes, Date_____

Interviewing Officer, if
known                       O. Niazi

Attorney, if any            Hani S. Bushra          Phone   714-984-2000

Nature of Inquiry: _____

_____

_____

Only complete inquiries will be accepted.  Mail or fax inquiries to the Post Office Box address or fax number
shown above.  Please attach copies of any correspondence between you and the INS regarding your asylum
case.  Attach additional sheets as necessary to fully explain your case.

Your response will be mailed to you within 15 working days from the date your inquiry is received by this

44

# LOS ANGELES ASYLUM OFFICE

Mailing Address:
P.O. Box 65015
Anaheim, CA 92815-5015

Street Address:
1585 So. Manchester Ave.
Anaheim, CA 92802

(b)(7)(c)

Status:
Case pending
Clock: IIII
(running)

## ASYLUM CASE STATUS INQUIRY FORM (Inperson)

Date of Inquiry._____

File Number                    A- 205-784-039

Applicant                      Athanasious          Karen
                               (Last Name)          (First Name)

Signature of Applicant

Date and Place of Birth        10 / 6 / 85

Country of Nationality         Egypt

Current Address                2560 w La Palma ave, anaheim, CA 92806
                               apt #130

Telephone Number               818 434 2240

Date Initial Form I-589 Filed
(Asylum Application)

ACTION COMPLETED
APPROVED FOR FILING

Initials: _____ Date: 7/13/
ECO/Unit:  ZLA

Interview Conducted?           (Circle One) Yes  No   If yes, Date 4 / 15

Re-Interview Conducted?        (Circle One) Yes  No   If yes, Date_____

Interviewing Officer, if
known                          Niazi

Attorney, if any               Boshra Hani          Phone_____

Nature of Inquiry: it is very Late to give me answer
i wait 16 month

Only complete inquiries will be accepted. Mail or fax inquiries to the Post Office Box address or fax number shown above.
Please attach copies of any correspondence between you and the USCIS regarding your asylum case. Attach additional
sheets as necessary to fully explain your case.

Your response will be mailed to you within 15 working days from the date your inquiry is received by this office.

(Revised 05/5/14-KV)

45

# LOS ANGELES ASYLUM OFFICE

(b)(7)(e)

Mailing Address:
P.O. Box 65015
Anaheim, CA  92815-5015

*Pending*

Street Address:
1585 So. Manchester Ave.
Anaheim, CA  92802

(b)(7)(c)

## ASYLUM CASE STATUS INQUIRY FORM

Date of Inquiry. _____

File Number     A- 205-784-039

Applicant     Athanasious     Karem
                   (Last Name)              (First Name)

Signature of Applicant

Date and Place of Birth     10/06/85

Country of Nationality     Egypt

Current Address     2560 W La Palma ave, 130, Anaheim
                     CA 92801

RECEIVED
LOS ANGELES ASY...
2016 MAY 18 AM 8:4...

Telephone Number     818-434-2240

Date Initial Form I-589 Filed
(Asylum Application)

Interview Conducted?     (Circle One)   (Yes)   No    If yes, Date   April, 2015

Re-Interview Conducted?     (Circle One)   Yes   No    If yes, Date _____

Interviewing Officer, if
known     Boshra Hani

Attorney, if any     Boshra Hani _____ Phone _____

Nature of Inquiry:     Very late to Answer me after
the interview, it is one year now.

**Only complete inquiries will be accepted.  Mail or fax inquiries to the Post Office Box address or fax number shown above.
Please attach copies of any correspondence between you and the USCIS regarding your asylum case.  Attach additional
sheets as necessary to fully explain your case.**

**Your response will be mailed to you within 15 working days from the date your inquiry is received by this office.**

(Revised 05/5/14-KV)

46

Name :  Karen  Athanasious
USCiS #: 2o5 - 784 - 039

IT has been one year now since we did our interview at
the asylum office and since then they didn't give us
a final answer though they have all the required
documents they need. we had many complaints and our
attorney also did alot of complaints and no response from
you, we are helpless we don't know what to do we need
to know what is the final dRcision about our family
future. Please help us.

                    Thanks

ACTION COMPLETED
APPROVED FOR FILING
Initials:          Date: MAY 1 8 2016
FCO/Unit:    ZLA

2016 APR 20  AM 11:31

U.S. ANGELES, CALIF.
RECEIVED



47

# LOS ANGELES ASYLUM OFFICE

Mailing Address:
P.O. Box 65015
Anaheim, CA 92815-5015

Street Address:
1585 So. Manchester Ave.
Anaheim, CA 92802

(b)(7)(c)

## ASYLUM CASE STATUS INQUIRY FORM

Date of Inquiry. _____

File Number          A- 305 - 784 - 039

Applicant            Athanasious              Karen
                     (Last Name)              (First Name)

Signature of Applicant

Date and Place of Birth      10/6/85

Country of Nationality       Egypt

Current Address              2560 W LaPalma ave #130
                             anaheim, CA 92801

Telephone Number             818 434 2240

Date Initial Form I-589 Filed
(Asylum Application)

Interview Conducted?      (Circle One)  (Yes)  No   If yes, Date  11/21/15

Re-Interview Conducted?   (Circle One)  Yes   No   If yes, Date _____

Interviewing Officer, if
known

Attorney, if any         Boshra Hani        Phone _____

Nature of Inquiry: _____

_____ to late to Answer and give
me ~~dire~~ decision

Only complete inquiries will be accepted. Mail or fax inquiries to the Post Office Box address or fax number shown above.
Please attach copies of any correspondence between you and the USCIS regarding your asylum case. Attach additional
sheets as necessary to fully explain your case.

Your response will be mailed to you within 15 working days from the date your inquiry is received by this office.

RECEIVED
LOS ANGELES ASY:
2016 APR PO AM 10: 23

(Revised 05/5/14-KV)

48

# LOS ANGELES ASYLUM OFFICE

**Mailing Address:**
P.O. Box 65015
Anaheim, CA  92815-5015

**Street Address:**
1585 So. Manchester Ave.
Anaheim, CA  92802

(b)(7)(c)

## ASYLUM CASE STATUS INQUIRY FORM

Date of Inquiry. 11/18/18

File Number          A- 205-784-039

Applicant            Athanasious          Karen
                     (Last Name)          (First Name)

Signature of Applicant

Date and Place of Birth    10/06/1985

Country of Nationality     Egypt

Current Address            2560 W La Palma Ave Anaheim
                           CA, 92801

Telephone Number           818-434-2240

Date Initial Form I-589 Filed
(Asylum Application)

Interview Conducted?    (Circle One) (Yes)  No   If yes, Date  April 2015

Re-Interview Conducted?  (Circle One)  Yes  No   If yes, Date

Interviewing Officer, if
known

Attorney, if any           Boshra Hany     Phone

Nature of Inquiry:    To Late for RePlay

Only complete inquiries will be accepted.  Mail or fax inquiries to the Post Office Box address or fax number shown above.
Please attach copies of any correspondence between you and the USCIS regarding your asylum case.  Attach additional
sheets as necessary to fully explain your case.

Your response will be mailed to you within 15 working days from the date your inquiry is received by this office.

(Revised 05/5/14-KV)

49