UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:21-cv-01080-JVS-DFMx | Date | July 27, 2021 |
| Title | Karen Shokry Wahba Athanasious et al v. United States Department of Homeland Security et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   [IN CHAMBERS] <u>Order</u> <u>Regarding</u> <u>Order</u> <u>to</u> <u>Show</u> <u>Cause</u>

The Court has preliminarily reviewed Plaintiffs' Karen Shokry Wahba Athanasious, Safa Yousef Kamel Ghabbour, and Amy Safa Yousef Kam Ghabbour (collectively, "Plaintiffs") complaint and proofs of service. <u>See</u> Dkt. Nos. 1 and 21-27.

Plaintiffs have named Tracy Renaud (in her official capacity as Acting Director, U.S. Department of Homeland Security), Alejando Mayorkas (in his official capacity as Secretary of DHS), the Los Angeles Asylum Office, David Radel (in his official capacity as the Director of the Los Angeles Asylum Office), and Christopher Wray (in his official capacity as Director of Federal Bureau of Investigations Attorney General, US Department of Justice).

Federal Rule of Civil Procedure 4(i) requires, in part, the following:

(i) Serving the United States and Its Agencies, Corporations, Officers, or Employees.
    (1) United States. To serve the United States, a party must:
        (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or
        (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;
        (B) send a copy of each by registered or certified mail to the Attorney

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:21-cv-01080-JVS-DFMx | Date | July 27, 2021 |

Title    Karen Shokry Wahba Athanasious et al v. United States Department of Homeland Security et al

General of the United States at Washington, D.C.; and
(C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

(2) Agency; Corporation; Officer or Employee Sued in an Official Capacity. To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.
(3) Officer or Employee Sued Individually. To serve a United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf (whether or not the officer or employee is also sued in an official capacity), a party must serve the United States and also serve the officer or employee under Rule 4(e), (f), or (g).

Fed. R. Civ. P. 4(i).

      The proofs of service do not demonstrate that <u>all</u> defendnats have been properly served. Therefore, the Court, on its own motion, hereby ORDERS Plaintiffs to Show Cause (OSC) in writing no later than **September 27, 2021**, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by Plaintiffs, the Court will consider the filing of the proofs of service of summons and complaint as an appropriate response to this OSC, on or before the above date.

      It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

     **IT IS SO ORDERED**

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |